UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-1506
_____

DELAWARE RIVERKEEPER NETWORK;
MAYA VAN ROSSUM, the Delaware Riverkeeper,
Petitioners

v.

UNITED STATES ARMY CORPS OF ENGINEERS,
Respondent

Tennessee Gas Pipeline Co.,
Intervenor
_____

On Petition for Review from the United States Army Corps of Engineers
CENAP-OP-R-2015-0802-65

Argued July 13, 2017

Before: SMITH, *Chief Judge,* NYGAARD, and FUENTES, *Circuit Judges*

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States Army Corps of Engineers and was argued on July 13, 2017.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that

the petition for review is DENIED and the order of the Corps entered February 2, 2017, be and the same are hereby AFFIRMED.  Costs taxed to petitioner. All of the above in accordance with the opinion of this Court.

        Attest:

        s/ Marcia M. Waldron
        Clerk

DATED: August 23, 2017